MERCURY MORTGAGE COMPANY, INC. *v.* APRIL COULOUTE ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 22812) is denied.

*April Couloute*, pro se, in support of the petition.

*Kathryn R. Sylvester*, in opposition.

Decided May 29, 2002

JUDITH SANDVIG ET AL. *v.* A. DUBREUIL AND SONS, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 68 Conn. App. 79 (AC 20723), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that: (1) with respect to the plaintiffs' negligence count, the relation back doctrine did not apply; (2) with respect to the plaintiffs' contract count, the relation back doctrine did not apply; and (3) the statute of limitations applicable to the plaintiffs' causes of action was not tolled by the named defendant's bankruptcy proceedings?"

The Supreme Court docket number is SC 16781.

*Donald R. Beebe*, in support of the petition.

Decided June 5, 2002